UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DELMAR BRADFORD                                                          CIVIL ACTION

VERSUS                                                                         NO. 07-3885

BURL CAIN "WARDEN"                                                  SECTION "K"(2)

### ORDER AND REASONS

Petitioner Delmar Bradford, a state court prisoner, filed a *pro se* petition for federal *habeas corpus* relief seeking to vacate his state court conviction on three counts of second degree murder and one count of attempted second degree murder (*see* La. Rev. Stat. 14:30.1) as well as the sentence imposed on that conviction. Petitioner seeks to vacate his conviction on the following grounds: 1) the state prosecutors violated his right to a fair trial by allegedly withholding medical records of a material eyewitness; 2) he was deprived of the effective assistance of counsel because his attorney did not make an adequate effort to obtain the eyewitness's medical records prior to trial; and (3) he was deprived of the effective assistance of counsel because his attorney failed to investigate, interview and call alibi witnesses.

The Court referred the case to United States Magistrate Judge Joseph C. Wilkinson, Jr. who prepared a "Report and Recommendation" (Rec. Doc. 14) in which he recommended that Bradford's petition for relief pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. Petitioner timely filed "Objections to the Magistrate Judge's Report and Recommendation" (Rec. Doc. 16).[1] The Court subsequently permitted counsel to enroll on behalf of Plaintiff, and that

---

[1] While the Petitioner's Objections were filed with the Court on January 28, 2008, or twenty-six days after the issuance of the Report and Recommendation, Petitioner signed his Objections on January 13, 2008. Under the "mailbox rule," the Court construes January 13th as

counsel submitted further Objections to the Magistrate Judge's Report and Recommendation on July 30, 2008. (Rec. Doc. 22).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of those portions of the Report and Recommendation objected to by Petitioner. Upon review of the petition, the entire state court record, and the applicable law, the Court concludes that the conclusions of the Magistrate Judge are fully supported by the record and the controlling case law. The Court notes that, under *Kyles v. Whitley*, 514 U.S. 419, 115 S.Ct. 1555, 131 L.Ed.2d 490 (1995), the prosecution is under no duty to provide medical records of an eyewitness that are in the possession of a state-run hospital because such records are not within the possession of the prosecution, and the records can be obtained by the defense. *See also United States v. Caputo*, 373 F. Supp. 2d 789, 794 (N.D. Ill. 2005) (finding no duty under *Brady* to turn over medical records where "[t]he documents that Defendants are requesting are not in the possession of anyone acting on behalf of the prosecution; they are in the possession of the FDA or government hospitals."). The Petitioner's objection that Louisiana's Code of Evidence effectively precluded Petitioner from obtaining these records is also unfounded considering that Petitioner's trial counsel requested the records during trial and the court subpoenaed them. The Court further finds the Magistrate Judge's conclusions regarding Petitioner's ineffective assistance of counsel claims to be legally correct and supported by the record. Accordingly, the Court hereby overrules Petitioner's objections, approves the Report and Recommendation of the United States Magistrate Judge, and adopts the Report and Recommendation as the opinion in this matter.

---

the date that Petitioner submitted his Objections to prison officials to mail, and accordingly finds that his Objections are timely. *See Coleman v. Johnson*, 184 F.3d 398, 401 (5th Cir. 1999).

Accordingly,

**IT IS ORDERED** that Delmar Bradford's petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __12th__ day of September, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**